# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1247
LT Case No. 2022-36760-COCI

_____

ROBERT MICHAEL FITZGERALD,

    Appellant,

    v.

GEORGENE ANDERSON as POA
for JACQUELINE FITZGERALD,
and EDITH SAVILLE,

    Appellees.

_____

On appeal from the County Court for Volusia County.
Wesley Heidt, Judge.

Herbert S. Zischkau, III, DeBary, for Appellant.

David W. Glasser, Daytona Beach, for Appellees.

April 30, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————